*Nov. Term, 1844.*

Wynn
v.
Kiser.

---

WYNN *v.* KISER.

A transitory action may be commenced against a single defendant, in the Circuit Court of any county in which he may be found.

ERROR to the *Bartholomew* Circuit Court.

DEWEY, J.—Assumpsit. Plea in abatement, that the suit was commenced in the *Bartholomew* Circuit Court, and the process served in that county; that at the time of issuing and serving the writ, the defendant was a resident and citizen of *Jackson* county, and not liable to be sued in *Bartholomew*. Replication, that the defendant was found in the last-named county, and the writ served upon him there. Demurrer to the replication sustained; and the cause dismissed.

The question is whether the plea is valid.

The defendant in error has not informed us upon what rule of law he relies to sustain the plea; and we know none

*Thursday, December 5.*

which can sustain it. The action is transitory, and against a single defendant; and we have no statute forbidding the plaintiff to sue him in the Circuit Court of any county in which he could catch him.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*A. A. Hammond, W. Herod,* and *S. Major,* for the plaintiff.

*H. H. Barbour* and *H. P. Thornton,* for the defendant.